# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:14-cr-00217-LRH-PAL |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 20, 2015 |
| | ) | |
| CHRISTOPHER MICHAEL MCKEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING      REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendant's Motion to Withdraw the Motion to Suppress #20 without Prejudice (#29).  Good cause appearing,

IT IS HEREBY ORDERED that defendant's Motion to Withdraw the Motion to Suppress #20 without Prejudice (#29) is GRANTED and defendant's Motion to Suppress (#20) is WITHDRAWN without prejudice..

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk